## WARNER *vs.* KELLY.

In this case the same doctrine is asserted as in the case of *Warner* v. *Hall*, (*ante, p.* 90.)

THE facts in this case are the same as in the case of *Warner* v. *Hall*, immediately preceding, and the application for the writ was made and argued at the same time as in that case.

*Allen T. Wilson*, for the application.

*By the Court*, BENNETT, J. This case depends upon the same principles which were laid down in *Warner* v. *Hall*, (*ante*, *p.* 90,) and the ruling must be the same.